IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
MAR 13 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| ERIC GRIFFITH,<br><br>Plaintiff,<br><br>vs.<br><br>TERRIE STEFALO, CHERIE BILODEAN, TOM WILSON, and SERGEANT WOHLMAN,<br><br>Defendants. | CV 16–0004–H–DLC–JTJ<br><br>ORDER |

United States Magistrate Judge John T. Johnston entered findings and recommendations in this case on February 17, 2017, recommending that Plaintiff Eric Griffith's ("Griffith") complaint be dismissed. Griffith did not object to the findings and recommendations, and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the findings and recommendations, the Court finds no clear error in Judge Johnston's conclusion. Griffith has refused to comply with Court orders directing him to update his address following his release from custody. The Court has given him ample time to respond and public policy weighs in favor of disposition in this case.

Accordingly, IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 30) are ADOPTED IN FULL. This case is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of Court shall CLOSE this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk of Court is also directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 13th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court